IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| DAMIEN T. ROBINSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 115-046 |
| | ) | (Formerly CR 114-063) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

On November 30, 2015, the Court appointed Mr. Scott W. Kelly to represent Petitioner in an evidentiary hearing that was to be held on January 19, 2016, regarding Petitioner's Ground Three ineffective assistance of counsel claim in his § 2255 motion. (Doc. no. 10.) After meeting with Mr. Kelly, Petitioner withdrew his Ground Three claim, and the Court cancelled the January 19, 2016 hearing.[1] (Doc. nos. 12, 13.) Because the scope of Mr. Kelly's representation was limited to the January 19th hearing, the Court **ORDERS** the Clerk to terminate Mr. Kelly from the docket. Accordingly, Petitioner will

---

[1] The docket indicates that Petitioner did not receive a copy of the January 15, 2016 Order cancelling the hearing. The Court DIRECTS the Clerk to resend the Order. (Doc. no. 52.)

continue to proceed *pro se*.

SO ORDERED this 8th day of February, 2016, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA